OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵
APR 16 2015

**4/15/2015**
**CORNET, WALTER      Tr. Ct. No. 20060D03223-384-1      WR-82,156-01**
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk



WALTER CORNET
- TDC # 1553441